**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**


Denise Weston

   v.                                               Civil No. 11-cv-438-JD

U.S. Social Security
Administration, Commissioner


**O R D E R**

   This case has been brought by Denise Weston on behalf of her husband, who died several months before Ms. Weston filed the complaint.  Along with her complaint, Ms. Weston submitted a motion to proceed in forma pauperis.  However, the financial affidavit she submitted in support of her motion was executed by her late husband several months before his death.  Ms. Weston's late husband's finances have no bearing on whether she qualifies to proceed in forma pauperis, and she is now the party in interest pursuing a claim against the Social Security Administration.  Accordingly, as currently supported, Ms. Weston's motion to proceed in formal pauperis (doc. no. 2) is

denied, but without prejudice to submitting a similar motion supported by her own financial affidavit.

    SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

September 26, 2011

cc: David J. Strange, Esq.